<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 30th day of August, 2007, I caused a copy of the foregoing ANSWER AND AFFIRMATIVE DEFENSES OF MERCK & CO., INC. to be served via first-class mail, postage prepaid, on the following:

REICH & BINSTOCK, LLP
Dennis J. Reich
Robert J. Binstock
Deborah L. Ziegler
4265 San Felipe Blvd., Suite 1000
Houston, Texas 77027

The above addresses have appeared on the prior papers in this action as the office address of the attorneys for Plaintiff.

Deponent is over the age of 18 years and not a party to this action.

I further certify under penalty of perjury that under the laws of the United States of America the foregoing is true and correct.

Executed on August 30, 2007

/s/
Julie Calidonio